**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: **Chantemeekki Scott**<br>10945 Wheeler Trce<br>Hampton, GA 30228<br><br>**xxx−xx−7015**<br><br>Debtor(s) | ) Case No.: **16−63530−pmb**<br>) Chapter: **13**<br>) |

## ORDER VACATING ORDER

On September 2, 2022, the Clerk issued an order entitled Order of Discharge, Doc. No. 57 in error. The order discharged the debtor, but was intended to discharge the Trustee. Accordingly, it is hereby

ORDERED that the Order of Discharge, Doc. No. 57 entered September 2, 2022 is hereby ***VACATED*** in its entirety. A correct order discharging the Trustee will be entered.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON September 2, 2022.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: September 2, 2022

Form orvacor −11/2016